UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAD RYAN STEPHENS,<br><br>    Defendant. | CASE NO. CR13-5256 BHS<br><br>ORDER |

This matter comes before the Court on the request of the United States Probation Office for the Western District of Washington, on behalf of Tad Ryan Stephens, for early termination of supervised release. Dkt. 4. The Court has considered the request, the government's response opposing the request (Dkt. 5) and the remainder of the file and hereby denies the motion for the reasons stated herein.

On October 13, 2006, Tad Ryan Stephens was sentenced by the Honorable Donald W. Molloy, Chief United States District Judge for the District of Montana, to a term of 87 months custody and 10 years supervised release. Mr. Stephen's term of supervision

1  commenced on August 3, 2012, and his supervision was transferred to this Court on April
2  10, 2013.
3       At the time the request for early termination of supervision was filed, Mr.
4  Stephens had only completed 18 months of the 10 years he was ordered to serve.  The
5  Court recognizes the United States Probation Office supports that Mr. Stephens be
6  considered for early termination, however the Court finds this request to be premature.
7  The Court has communicated to Probation Officer Matthew McDaniel that Mr. Stephens
8  may bring a request for early termination back before this Court no sooner than 18
9  months from the date of this order for renewed consideration.  Therefore, it is hereby
10      ORDERED that the request for early termination of supervised release is
11 DENIED.
12      Dated this 18th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2